### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: May 31, 2022

| | |
|---|---|
| BRYAR G. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-00490-JD |
| ) | |
| METROPOLITAN PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| d/b/a Metlife Auto & Home, ) | |
| ) | |
| Defendant. ) | |

**ENTER ORDER:**

    Before the Court is a Motion to Supplement Additional Authority by Plaintiff Bryar G. Johnson [Doc. No. 37]. Local Civil Rule 7.1 contains two provisions governing supplemental authority. First, Local Civil Rule 7.1(i) states that "[s]upplemental briefs may be filed only upon motion and leave of court." Second, Local Civil Rule 7.1(m) states that a party may file a notice of supplemental authority, attaching the new authority, without leave of court "[i]f authority directly relevant to an issue raised in a pending motion is issued after a party's final brief on that motion has been filed." Regarding a notice of supplemental authority, the notice "shall not contain any new argument but may identify the proposition in filed briefs to which the authority is relevant. If a party desires to present argument regarding the new authority, the party must apply for leave to file a supplemental brief."

    The Court is unclear why this has been filed as a motion, as the content of the filing appears to be a notice of supplemental authority, although the new authority is not attached to the filing as is required by Local Civil Rule 7.1(m). The filing does not appear to be a request for leave to file a supplemental brief. But either way, it currently does not meet either provision of Local Civil Rule 7.1.

    Accordingly, the Court STRIKES [Doc. No. 37] without prejudice to Plaintiff filing the document as a notice of supplemental authority with the new authority attached as an exhibit and filed in compliance with the ECF Policies and Procedures Manual and Local Civil Rules.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                            CARMELITA REEDER SHINN, CLERK

                          By:  */s/ Kira Murphey*
                                  Deputy Clerk